# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1217
_____

GALERIE BIJAN, INC., a Florida
Profit Corporation, and
KATAYOUN ABAE,

    Appellants/Cross-Appellees,

    v.

PETER J. MENTEN, as Trustee of
the Family Trust created under
the 2012 Qualified Personal
Residence Trust of Deborah
Menten, dated December 20,
2012, and DEBORAH MENTEN, as
Trustee of the Family Trust
created under the 2012
Qualified Personal Residence
Trust of Peter J. Menten, dated
December 20, 2012, JOHN and
DENICE KELLY, and FLORIDA
DEPARTMENT OF
ENVIRONMENTAL PROTECTION,

    Appellees/Cross-Appellants.

_____

On appeal from the Florida Department of Environmental
Protection.
Shawn Hamilton, Secretary.

April 8, 2026

PER CURIAM.

AFFIRMED.

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Susan Roeder Martin and Stephen Luis Conteaguero of Nason, Yeager, Gerson, Harris & Fumero, P.A., Boca Raton, for Appellants/Cross-Appellees.

Lauren Vickroy Purdy, Luna Ergas Phillips, Deborah Kay Madden, and Michael Brandon Green of Gunster, Yoakley & Stewart, P.A., Fort Lauderdale; Justin George Wolfe, General Counsel, Kelley Francesca Corbari, Kathryn Lewis, and Jeffrey Brown, Department of Environmental Protection, Tallahassee, for Appellees/Cross-Appellants.